December 16, 2011

Ms. Marie R. Yeates
Vinson & Elkins, L.L.P.
1001 Fannin St., Suite 2500
Houston, TX 77002-6760
Mr. Mark L. Perlmutter
Perlmutter & Schuelke, L.L.P.
206 East 9th Street, Suite 1511
Austin, TX 78701

RE: Case Number: 10-0429
 Court of Appeals Number: 01-08-00713-CV
 Trial Court Number: 200317162

Style: SHELL OIL COMPANY; SWEPI LP D/B/A SHELL WESTERN E&P, SUCCESSOR
 IN INTEREST TO SHELL WESTERN E&P, INC.
 v.
 RALPH ROSS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Loren Jackson |
| |Ms. M. Karinne McCullough |
| |Mr. Everard A. Marseglia |
| |Jr. |
| |Mr. Jesse R. Pierce |
| |Mr. Charles Lawrence |
| |Stinneford |